IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-CT-03180-M

NORMAND J. BELIVEAU, Sr.,

        Plaintiff,

v.

JAMES COBB, et al.,

        Defendants.

ORDER

On June 19, 2019, Normand J. Beliveau, Jr. ("plaintiff"), a state inmate proceeding pro se and without prepayment of fees, filed this complaint under 42 U.S.C. § 1983. [D.E. 1, 2, 7]. On March 9, 2020, because plaintiff had not responded either to the court's January 30, 2020, notice or to defendants' pending motion to dismiss, the court issued an order to show cause. Order [D.E. 20]. The order directed plaintiff to inform the court not later than March 25, 2020, whether he wished to continue the suit, and warned plaintiff that failure to respond to the court's order to show cause would result in the dismissal of the action without prejudice for failure to prosecute. Id.

Because plaintiff failed to respond to the court's order to show cause and the time to do so has passed, the court: DISMISSES WITHOUT PREJUDICE the action for failure to prosecute; DENIES AS MOOT the pending motion [D.E. 17]; and DIRECTS the clerk to close the case.

SO ORDERED, this 26th day of March, 2020.

RICHARD E. MYERS II
United States District Judge