UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| NORMAND J. BELIVEAU, SR., | ) |
| Plaintiff | ) |
| vs. | ) **JUDGMENT IN A CIVIL CASE** |
| | ) **CASE NO. 5:19-CT-3180-M** |
| JAMES COBB, ET AL, | ) |
| Defendants. | ) |

**Decision by Court.**

This action came before the Honorable Richard E. Myers II, United States District Judge, for plaintiff's failure to comply with the court's order to show cause.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court DIMISSES WITHOUT PREJUDICE the action for failure to prosecute; DENIES AS MOOT the pending motion [D.E. 17] Motion to Dismiss for Failure to State a Claim and for Lack of Jurisdiction.

This Judgment filed and entered on March 26, 2020, and copies to:
Normand J. Beliveau, Sr. 3866 Jefferson Road, Athens, GA 30607 (via U.S. Mail)
Bryan G. Nichols (via CM/ECF electronic notification)

March 26, 2020

Peter A. Moore, Jr.
Clerk of Court

By: *Lisa H. ___*
Deputy Clerk